IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**WHITNEY ANDERSON,**           :

    **Petitioner,**              :

                                           **CIVIL ACTION 08-00328-CG-M**

**v.**                                   :

                                           **CRIMINAL ACTION 07-00286-CG-M**

**UNITED STATES OF AMERICA,**   :

    **Respondent.**              :

## **ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DENIED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 20th day of August, 2009.

                                           /s/ Callie V. S. Granade
                                           CHIEF UNITED STATES DISTRICT JUDGE